No. —, Original. THE TEXAS-CHEROKEES AND ASSOCIATE BANDS *v.* STATE OF TEXAS. Motion for leave to file bill of complaint submitted November 14, 1921. Decided November 21, 1921. *Per Curiam.* The motion for leave to file an original bill of complaint in this case is denied upon authority of *Cherokee Nation* v. *Georgia*, 5 Pet. 1. *Mr. William Sulzer* for complainant.